UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LYNNE T. CONTE,
          Plaintiff,

          v.

MARTIN E. KENNEY,
          Defendant.

_____

C.A. No. 13-10458-NMG

LYNNE T. CONTE,
          Plaintiff,

          v.

MICHAEL G. COSTA,
          Defendant.

C.A. No. 13-10464-NMG

**ORDER**

GORTON, J.

In 2013, Plaintiff Lynne T. Conte, proceeding pro se, filed two related Complaints stemming from family matters involving Conte's four children. See Conte v. Kenney, Civil Action No. 13-10458-NMG (dismissed May 24, 2013; Conte v. Costa, Civil Action No. 13-10464-NMG (dismissed May 24, 2013). Now pending in both closed cases are Conte's motions seeking to have the Court seal exhibits that she submitted with her original complaints as well as letters she filed with the Court in 2025.[1]

---

[1] In the pending motions, Conte references letters dated February 11, 2025, however, the 2025 letters that appear on the docket in both cases are dated January 22, 2025.

The public has a presumptive right of access to judicial proceedings. Doe v. Mass. Inst. of Tech., 46 F.4th 61, 67 (1st Cir. 2022). Taking into account the various factors articulated in Doe, 46 F.4th at 72, the Court finds that Conte's specific circumstances warrant the requested relief. The Court will direct the Clerk of Court to restrict electronic access to the exhibits to her original complaints and her 2025 letters to "case participants only."

Based on the foregoing, it is hereby ORDERED that:

1. Plaintiff's motion (Docket # 11), Conte v. Kenney, Civil Action No. 13-10458-NMG, is ALLOWED and the Clerk of Court shall restrict electronic access to the exhibits to the complaint (Docket # 1-2, # 1-3, # 1-4) and the January 22, 2025 letter (Docket # 10) to "case participants only."

2. Plaintiff's motion (Docket # 11), Conte v. Costa, Civil Action No. 13-10464-NMG is ALLOWED and the Clerk of Court shall restrict electronic access to the exhibits to the complaint (Docket # 1-2) and the January 22, 2025 letter (Docket # 10) to "case participants only."

**So ordered.**

NATHANIEL M. GORTON
UNITED STATES DISTRICT JUDGE

DATED: August 3 , 2026

2